1  Sanaz Sarah Bereliani, SBN 256465
2  BERELIANI LAW FIRM, PC
   12100 Wilshire Blvd, 8th Floor
3  Los Angeles, CA 90025
   Telephone: 310-882-5482
4  Fax: 888-876-0896
   E-mail: berelianilaw@gmail.com
5
6  Attorney for Debtors.
7
8
9             UNITED STATES BANKRUPTCY COURT
10        CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

11  In re:                                  Chapter 7

12                                          Case Number: 2:10-bk-57471-BR

13  ALEXANDER DAVID SHOHET

14  BERNADINE FRANCES FRIED,                MOTION FOR ORDER RE-OPENING
                                            CASE TO ALLOW THE DEBTORS TO
15           Debtors.                       FILE MOTION(S) TO AVOID LIEN(S);
                                            MEMORANDUM OF POINTS AND
16                                          AUTHORITIES; AND DECLARATION OF
                                            ATTORNEY SANAZ BERELIANI IN
17                                          SUPPORT THEREOF
18
19                                          [No Hearing required under LBR 5010-1(e)
                                                  and LBR 9013-1(q)(11)]
20
21
22       TO THE HONORABLE BARRY RUSSELL, US BANKRUPTCY JUDGE; BRAD D
23  KRASNOFF (TR), CHAPTER 7 TRUSTEE; AND ALL INTERESTED PARTIES:

24       PLEASE TAKE NOTICE that the Debtors herein, Alexander Shohet and Bernadine
25  Fried, by and through their legal counsel, Sanaz Sarah Bereliani, hereby move this Court for an
26  Order reopening their Chapter 7 Bankruptcy case for the purpose of allowing the Debtors to file
27
28  MOTION FOR ORDER RE-OPENING CASE TO ALLOW THE DEBTORS TO FILE MOTION(S) TO AVOID
       LIEN(S); MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF SANAZ BERELIANI
   Page | 1

Motions to Avoid Lien Under 11 U.S.C. §522(f)(Real Property) that is being filed concurrently with this Motion. Debtors are requesting that the Court approve this motion based on the following:

**STATEMENT OF FACTS**

On or about November 3, 2010, Alex Shohet and Bernadine Fried ("Debtors") filed a Chapter 7, bearing case number 2:10-bk-57471-BR. This case was discharged on February 5, 2014.

At the time the Debtors filed their case, the Debtors had liens on their homes recorded by Tristan Mackprang (on behalf of Howard Samuels) and Fred Szkolnik (on behalf of Nathan Adlen). Both Howard Samuels and Nathan Adlen were listed for notice purposes on the Chapter 7 petition; however, they were not listed as secured creditors, inadvertently.

Unfortunately, the Debtors did not realize that actions could be taken to remove these liens and clear the cloud on their title and they were not advised to do so. After consulting with their current counsel, they have realized that the liens placed by Tristan Mackprang (on behalf of Howard Samuels) and Fred Szkolnik (on behalf of Nathan Adlen) were erroneously placed as these debts were only as to their former business and not against them personally. Further, they have been advised that these liens would be eligible for removal through motioning the bankruptcy court. See <u>Declaration of Debtor Alex Shohet</u>.

Debtors were not attempting to conceal any liens or prevent their lien removal; he and his wife were just not advised properly.

Debtor has filed a chapter 11 bankruptcy on October 30, 2016 bearing case number 2:16-bk-24333-NB. This case is complete; however, there is now an objection by Debtors former counsel, Attorney Lesnick, for this lien to be resolved prior to the Final Decree of the Chapter 11 case.

MOTION FOR ORDER RE-OPENING CASE TO ALLOW THE DEBTORS TO FILE MOTION(S) TO AVOID LIEN(S); MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF SANAZ BERELIANI

Page | 2

Accordingly, the Debtors respectfully request that this Court reopen their Chapter 7 bankruptcy case to allow Debtors to file their Motion to Avoid Judgment Lien.

## II.

## **THIS COURT HAS THE POWER TO RE-OPEN THIS CASE**

Section 105(a) of the Bankruptcy Code states in pertinent part that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." Thus, this Court has the power to re-open the Debtors' Chapter 7 Bankruptcy case.

As indicated above, the instant Chapter 7 case was filed on November 3, 2010, and was discharged on February 5, 2014. The Debtors now wish to reopen their Chapter 7 case in order to file their Motion to Avoid Judgment Lien(s).

Additionally, Section 350(b) of the Bankruptcy Code provides pertinent part that "a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for cause."

Allowing the Debtors in the instant case to reopen their Chapter 7 bankruptcy case will accord relief to the Debtors, as they will be allowed file their Motion to Avoid Judgment Lien(s). Debtors should not be prevented from clearing their erroneously clouded title, which is preventing Debtor Shohet from receiving a Final Decree in their chapter 11 case. The delay in filing these motions timely was inadvertent.

///

///

///

MOTION FOR ORDER RE-OPENING CASE TO ALLOW THE DEBTORS TO FILE MOTION(S) TO AVOID LIEN(S); MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF SANAZ BERELIANI

Page | 3

## III.

## IT IS APPROPRIATE TO REOPEN THE CASE TO ALLOW THE DEBTORS TO FILE THEIR MOTION TO AVOID JUDGMENT LIEN(S)

It is appropriate to reopen the Debtors case to allow them to file their Motion to Avoid Judgment Lien. The failure to remove their lien(s) was inadvertent.

It is appropriate to reopen the case at this late hour, as their former counsel has filed an opposition to the Chapter 11 Final Decree, requesting the Debtors to resolve the Samuel's lien prior to receiving a Final Decree. Further, this would afford the Debtors an opportunity to clear the cloud on their title

## IV.

## CONCLUSION

Based upon the foregoing, the Debtors respectfully requests that this Court reopen the above captioned Chapter 7 bankruptcy case for the purposes of allowing them to file three Motions to Avoid Judgment Liens.

Dated: January 8, 2024

                                                Respectfully submitted,

                                                **BERELIANI LAW FIRM, PC**

                                                /s/ Sanaz Sarah Bereliani
                                                Sanaz Sarah Bereliani
                                                Attorney for Debtors

MOTION FOR ORDER RE-OPENING CASE TO ALLOW THE DEBTORS TO FILE MOTION(S) TO AVOID LIEN(S); MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF SANAZ BERELIANI

Page | 4

Sanaz Sarah Bereliani, SBN 256465
BERELIANI LAW FIRM, PC
12100 Wilshire Blvd, 8th Floor
Los Angeles, CA 90025
Telephone: 310-882-5482
Fax: 888-876-0896
E-mail: berelianilaw@gmail.com

Attorneys for Debtors.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ALEXANDER DAVID SHOHET | Case Number: 2:10-bk-57471-BR |
| BERNADINE FRANCES FRIED, | **DECLARATION OF ATTORNEY SANAZ SARAH BERELIANI IN SUPPORT OF DEBTORS' MOTION TO REOPEN CHAPTER 7 CASE** |
| Debtors. | |

The undersigned, Sanaz Sarah Bereliani, declares as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I would and could testify thereto in a court of law.

2. I am a bar certified bankruptcy specialist, licensed to practice before this Court, and all the State and Federal courts of the State of California. I represent debtors and creditors and handle matters in chapter 7, 11, and 13, in addition to adversary proceedings.

3. Debtors, Alexander Shohet and Bernadine Fried, ("Debtors") retained my services to file a Motion to Reopen their Chapter 7 Bankruptcy case to allow them to file motions to avoid judgment liens recorded against their primary residence.

4. Debtors filed their chapter 7 bankruptcy on November 3, 2010 in the Central District of California, bearing case number 2:10-bk-57471-BR. This case was discharged on February 2014.

5. The Debtors are requesting that this case be reopened in order to facilitate the filing of three motions to avoid lien against creditors: Tristan Mackprang, on behalf of Howard Samuels; and Fred Szkolnik, on behalf of Nathan Adlen. Both Howard Samuels and Nathan Adlen were listed on the creditor matrix of the chapter 7 petition and had notice of the bankruptcy filing. The three liens were not listed on the Schedule D of the bankruptcy petition, as the Debtors did not realize there were liens against their residence by these individuals. A true and correct copy of the creditor matrix for the 2010 petition filing is attached as Exhibit "A" and incorporated herein by reference.

6. I represent the Debtors in their current pending chapter 11 bankruptcy, bearing case number 2:16-bk-24333-BR. The Debtors have successfully completed their chapter 11 reorganization plan and I had filed a Motion for Orders of Final Decree. However, a limited objection was filed by the Debtors' former bankruptcy counsel, Matthew Lesnick, for the resolution of the Howard Samuel's lien (of $125,000) prior to the closure of the chapter 11 case. He has further filed an adversary complaint to quiet title.

7. In order to resolve the outstanding issues preventing the closure of the chapter 11 case, and to clear title, I am filing the herein Motion to Reopen Ch. 7 Case in order to file the Motion to Avoid Judgment Lien(s) under 11 USC 522(f). In preparing the Motion to Reopen, I found that there were two other liens filed against the Debtor prior to the 2010 chapter 7 bankruptcy by attorney for Nathan Adlen. I plan to address these liens

DECLARATION OF ATTORNEY SANAZ SARAH BERELIANI
IN SUPPORT OF MOTION TO REOPEN
-2-

at this time, as well. The (3) Motions to Avoid Judgment Liens are being filed contemporaneously.

8. I believe that this route in addressing these liens will be a more economical and reasonable use of the Court's (and Debtors and Creditors) resources than Adversarial litigation.

9. To note, these three liens were the result of an adversary complaint related to this 2010 bankruptcy case. However, these liens provide the lienholder's with claims against the Debtors former business, Wonderland Treatment Center, and not against the Debtors personally.

10. I respectfully request that the Court allow for this 2010 bankruptcy case to be reopened so that these judgment liens may be addressed. This will afford a resolution of the outstanding issues preventing the Debtors Chapter 11 case from its Final Decree, and clear cloud on Debtors title.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 8, 2024                    /s/ Sanaz Sarah Bereliani
                                          Sanaz Sarah Bereliani, Esq.
                                          Attorney for Debtors

DECLARATION OF ATTORNEY SANAZ SARAH BERELIANI
IN SUPPORT OF MOTION TO REOPEN
-3-

EXHIBIT "A"

Alexander David Shohet
8530 Appian Way
Los Angeles, CA 90046


Bernadine Francis Fried
8530 Appian Way
Los Angeles, CA 90046


David C Winton
Law Offices of David C. Winton
936-B Seventh Street, #345
Novato, CA 94945

Anthem Blue Cross
2000 Corporate Center Dr.
Newbury Park, CA 91320


AT&T
8174 W. SUNSET BLVD
Los Angeles, CA 90046


Bank of America
8025 Santa Monica Blvd
Los Angeles, CA 90046


Bank of America
8025 Santa Monica Blvd
Los Angeles, CA 90046


Bank of America
8025 Santa Monica Blvd
Los Angeles, CA 90046


Bank of America
8025 Santa Monica Blvd
Los Angeles, CA 90046


Barneys
660 Madison Ave.
New York, NY 10065


Bird and Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067


Blecher Collins
515 South Figueroa Street  Suite 1750
Los Angeles, CA 90071


Bloomingdales
POB  183083
Columbus, OH 43218-3083


Charlie Shaw
2341 Frey Avenue
Venice, CA 90291

```
Charter Adjustments
c/o Donald Sternberg
5525 Oadale Ave., Suite 234
Beverly Hills, CA 90210


Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298


CitiBank
P.O. Box 6500
Sioux Falls, SD 57117-6500


CitiBank
P.O. Box 6500
Sioux Falls, SD 57117-6500


Ecoff Salomon
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212


ELAN Financial Services (1st Century Bank)
1875 Century Park E # 100
Los Angeles, CA 90067-2535


Eric Waterman
967 Corsica Dr.
Pacific Palisadesq, CA 90272


George Shohet
245 Main St. Suite 310
Venice, CA 90291


George Shohet
245 Main St. Suite 310
Venice, CA 90291


Goldberg and Solovey
CHARTER ADJUSTMENTS Corp.
5525 Oakdale-Ave., Suite 234
Woodland Hills, CA 91364
```

```
Howard C. Samuels
457 S.Arden
Los Angeles, CA 90020


Jacobson Russell
10866 Wilshire Boulevard Suite 1550
Los Angeles, CA 90024


Lexus Financial Services
P.O. Box 60116
City of Industry, CA 91716-0116


Lexus Financial Services
P.O. Box 60116
City of Industry, CA 91716-0116


Lexus Financial Services
PO BOX 60116
City of Industry, CA 91716-0116


Macy's
POB 183083
Columbus, OH 43218


Nathan Adlen
8660 Edwin Drive
Los Angeles, CA 90046


Nordstrom
POB 79134
Phoenix, AZ 85062-9134


Pasternak and Pasternak
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523


Phil and Leslie Sperling
13210 Fiji Way, Unit F
Marina Del Rey, CA 90292


PNC Bank
249 Fifth Avenue, One PNC Plaza
Pittsburgh, PA 15222
```

```
Pottery Barn
World Financial Network Nat'l Bank
PO Box 182273
Columbus, OH 43218-2273


Robert Mansoor
7516 N Goodrich Sq,
New Albany, OH 43054


Saks Fifth Ave.
POB 60102
City of Industry, CA 91716


Seymour Fried
8354 Skyline Dr.
Los Angeles, CA 90046


Wells Fargo
PO Box 4233
Portland, OR 97208
```

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Alexander David Shohet & Bernadine Francis Fried ,
                                    Debtor

Case No. _____

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 5 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date   November 3, 2010         Signature of Debtor     /s/ Alexander David Shohet
                                                        ALEXANDER DAVID SHOHET

Date   November 3, 2010         Signature of Joint Debtor   /s/ Bernadine Francis Fried
                                                            BERNADINE FRANCIS FRIED

David C Winton
Law Offices of David
C. Winton
936-B Seventh Street, #345
Novato, CA 94945
(415) 421-5800
(415) 358-4122

| In re:<br>**Alexander David Shohet**<br>**Bernadine Francis Fried**<br>Debtor(s). | CHAPTER: **7**<br>CASE NUMBER: **2:10-bk-57471-BR** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**12100 Wilshire Blvd., 8th Floor**
**Los Angeles, CA 90025**

A true and correct copy of the foregoing document entitled (*specify*):  **Motion for Order Re-Opening Case to Allow the Debtors to File Motion(s) to Avoid Lien(s); Memorandum of Points ad Authorities; and Declaration of Attorney Sanaz Bereliani in Support Thereof**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **1/9/2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Patti H Bass           ecf@bass-associates.com
- Joseph Garibyan       joegaribyan@gmail.com; joe.garibyan@swmllp.com
- Brad D Krasnoff (TR)  BDKTrustee@DanningGill.com; bkrasnoff@ecf.axosfs.com; DanningGill@gmail.com
- Scott Lee             scott.lee@lewisbrisbois.com
- Matthew A Lesick      matt@lesnickprice.com; matt@ecf.inforuptcy.com; jmack@lesickprince.com
- Giovanni Orantes      go@gobklaw.com, gorantes@orates-law.com; cmh@gobklaw.com; gobklaw@gmail.com; go@ecf.iforuptcy.com; orantesgr89122@notify.bestcase.com
- Ramesh Singh          claims@recoverycorp.com
- Jeffery B Smith       jsmith@cgsattys.com; vphillips@cgsattys.com
- Olivier A Taillieu    o@taillieulaw.com, mstephens@taillieulaw.com
- US Trustee (LA)       ustpregion16.la.ecf@usdoj.gov
- David C Winton        david@dcwintonlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 9, 2024** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Barry Russell**
**US Bankruptcy Court**
**255 E Temple Street, Suite 1660**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/9/2024 | **Chris Ugarteche** | /s/ Chris Ugarteche |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                              **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        American InfoSource LP as agent for Citibank    Capital One Bank (USA), N.A. by American Inf
0973-2                                  PO Box 248840                                   PO Box 71083
Case 2:10-bk-57471-BR                   Oklahoma City, OK 73124-8840                    Charlotte, NC 28272-1083
Central District of California
Los Angeles
Tue Jan  9 12:01:13 PST 2024

HSBC Bank Nevada, N.A.                  Lewis Brisbois Bisgaard & Smith LLP             Toyota Motor Credit Corporation
Bass & Associates, P.C.                 221 North Figueroa Street, Suite 1200           c/o Becket and Lee LLP
3936 E. Ft. Lowell Road, Suite #200     Los Angeles, CA 90012-2663                      POB 3001
Tucson, AZ 85712-1083                                                                   Malvern, PA 19355-0701


U.S. Bank National Association, et al   United States Trustee (LA)                      Los Angeles Division
8501 Fallbrook Avenue                   915 Wilshire Blvd, Suite 1850                   255 East Temple Street,
West Hills, CA 91304-3242               Los Angeles, CA 90017-3560                      Los Angeles, CA 90012-3332



AT&T                                    American InfoSource LP as agent for             American InfoSource LP as agent for WFNNB
8174 W. SUNSET BLVD                     Citibank (South Dakota) N.A.                     as assignee of
Los Angeles, CA 90046-2426              PO Box 248840                                   Pottery Barn
                                        Oklahoma City, OK  73124-8840                   PO Box 248872
                                                                                        Oklahoma City, OK  73124-8872


Anthem Blue Cross                       Bank of America                                 Barneys
2000 Corporate Center Dr.               8025 Santa Monica Blvd                          660 Madison Ave.
Newbury Park, CA 91320-1400             Los Angeles, CA 90046-5008                      New York, NY 10065-8448



Bird and Marella                        Blecher Collins                                 (p)DSNB MACY S
1875 Century Park East, 23rd Floor      515 South Figueroa Street  Suite 1750           CITIBANK
Los Angeles, CA 90067-2524              Los Angeles, CA 90071-3302                      1000 TECHNOLOGY DRIVE MS 777
                                                                                        O FALLON MO 63368-2239


Capital One Bank (USA), N.A.            Capital One Bank (USA), N.A.                    Charlie Shaw
by American InfoSource LP as agent      by American InfoSource LP as agent              2341 Frey Avenue
PO Box 248839                           PO Box 71083                                    Venice, CA 90291-4754
Oklahoma City, OK  73124-8839           Charlotte, NC  28272-1083


Charter Adjustments                     (p)JPMORGAN CHASE BANK  N A                     CitiBank
c/o Donald Sternberg                    BANKRUPTCY MAIL INTAKE TEAM                     P.O. Box 6500
5525 Oadale Ave., Suite 234             700 KANSAS LANE FLOOR 01                        Sioux Falls, SD 57117-6500
Beverly Hills, CA 90210                 MONROE LA 71203-4774


ELAN Financial Services (1st Century Ban Ecoff Salomon                                  Eric Waterman
1875 Century Park E # 100               280 S. Beverly Drive, Suite 504                 967 Corsica Dr.
Los Angeles, CA 90067-2535              Beverly Hills, CA 90212-3908                    Pacific Palisadesq, CA 90272-4011



Franchise Tax Board                     George Shohet                                   Goldberg and Solovey
PIT Bankruptcy MS: A-340                245 Main St. Suite 310                          CHARTER ADJUSTMENTS Corp.
Po Box 2952                             Venice, CA 90291-5216                           5525 Oakdale-Ave., Suite 234
Sacramento, CA 95812-2952                                                               Woodland Hills, CA 91364-3619
```

```
Howard C. Samuels              (p)INTERNAL REVENUE SERVICE      Jacobson Russell
457 S.Arden                    CENTRALIZED INSOLVENCY OPERATIONS 10866 Wilshire Boulevard Suite 1550
Los Angeles, CA 90020-4735     PO BOX 7346                      Los Angeles, CA 90024-4306
                               PHILADELPHIA PA 19101-7346


Lexus Financial Services       Nathan Adlen                     Nordstrom
P.O. Box 60116                 8660 Edwin Drive                 POB 79134
City of Industry, CA 91716-0116 Los Angeles, CA 90046-1030      Phoenix, AZ 85062-9134


PNC Bank                       Pasternak and Pasternak          Phil and Leslie Sperling
249 Fifth Avenue, One PNC Plaza 1875 Century Park East, Suite 2200 13210 Fiji Way, Unit F
Pittsburgh, PA 15222           Los Angeles, CA 90067-2523       Marina Del Rey, CA 90292-7069


Pottery Barn                   Robert Mansoor                   Saks Fifth Ave.
World Financial Network Nat'l Bank 7516 N Goodrich Sq,          POB 60102
PO Box 182273                  New Albany, OH 43054-8983        City of Industry, CA 91716-0102
Columbus, OH 43218-2273


Seymour Fried                  Toyota Motor Credit Corporation  Wells Fargo
8354 Skyline Dr.               3200 West Ray Road               PO Box 4233
Los Angeles, CA 90046-1039     Chandler, AZ 85226-2450          Portland, OR 97208


Alexander David Shohet         Bernadine Francis Fried          Brad D Krasnoff (TR)
8530 Appian Way                8530 Appian Way                  1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90046-7729     Los Angeles, CA 90046-7729       Los Angeles, CA 90067-6006


David C Winton                 Howard C. Samuels                Matthew A Lesnick
Winton Strauss Law Group, P.C. Zuber & Taillieu LLP             Lesnick Prince & Pappas LLP
2 Ranch Drive                  777 South Figueroa Street, 37th Floor 185 Pier Ave Ste 103
Novato, CA 94945-6807          Los Angeles, CA 90017-5800       Santa Monica, CA 90405-5359


Michael Chekian
Chekian Law Office
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071-1635
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bloomingdales                  Chase Bank                       (d)Chase Bank USA NA
POB 183083                     P.O. Box 15298                   PO BOX 15145
Columbus, OH 43218-3083        Wilmington, DE 19850-5298        Wilmington, DE 19850-5145
```

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadlphia, PA 19114-0326

(d)Macy's
POB 183083
Columbus, OH 43218

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)American InfoSource LP as agent for Citiba
PO Box 248840
Oklahoma City, OK  73124-8840

(d)Lexus Financial Services
PO BOX 60116
City of Industry, CA 91716-0116

(d)Toyota Motor Credit Corporation
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

End of Label Matrix
Mailable recipients    51
Bypassed recipients     4
Total                  55