| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Sanaz Sarah Bereliani, Esq (SBN #256465)<br>**Bereliani Law Firm, PC**<br>12100 Wilshire Blvd, Suite 800<br>Los Angeles, CA 90025<br>(818) 920-8352 Telephone<br>(888) 876-0896 Facsimile<br>Email  sanaz@berelianilaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 01 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>**Alexander David Shohet**<br><br>**Bernadine Francis Fried**<br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **2:10-bk-57471-BR**<br>CHAPTER: 7 |
|---|---|
| | **ORDER  ☒ GRANTING  ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒ No hearing held<br>☐ Hearing held |

**Creditor Holding Lien to be Avoided** (*name*)**:** Law Offices of Fred M Szkolnik for Nathan Adlen

The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

> *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
> *"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                 Page 1                                 **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: May 1, 2024

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    F 4003-2.1.AVOID.LIEN.RP.ORDER

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** <u>Law Offices of Fred M Szkolnik for Nathan Adlen</u>.

2. **Subject Lien:** Date (*specify*): <u>11/23/2009</u> and place (*specify*): <u>Los Angeles County</u> of recordation of lien; Recorder's instrument number or document recording number: <u>20091768425</u>.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: <u>8530 Appian Way, Los Angeles, CA 90046, Los Angeles County</u>. ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ............................................................................ $ <u>800,000.00</u>
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ........................................................ ($ <u>619,999.17</u>)
      (2) Second lien: ................................................... ($ <u>100,000.00</u>)
      (3) Third lien: ...................................................... ($ <u>177,525.12</u>)
      (4) Additional senior liens (*attach list*): ............ ($ <u>125,000.00</u>)
   c. Amount of Debtor's exemption(s): ................................. ($ <u>14,957.00</u>)
   d. Subtotal: ............................................................................................. ($ <u>1,037,481.29</u>)
   e. Secured Claim Amount (negative results should be listed as -$0-): $ <u>-0.00-</u>

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 3    **F 4003-2.1.AVOID.LIEN.RP.ORDER**